The Honorable Benjamin H. Settle

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| JOSHUA FREED,<br><br>    Plaintiff,<br><br>  vs.<br><br>JAY INSLEE, Governor of Washington, in his official capacity,<br><br>    Defendant. | NO. 2:20-cv-00599-BHS<br><br>NOTICE OF SUPPLEMENTAL AUTHORITY |

Pursuant to LCR 7(n), Defendant Jay Inslee respectfully submits the recently issued Order in related litigation, *Gish v. Newsom*, No. 20-55445, Dkt. No. 21 (9th Cir. May 7, 2020), as supplemental authority in support of his pending Response to Motion for Temporary Restraining Order (ECF No. 20). The order is attached hereto as Exhibit 1.

NOTICE OF SUPPLEMENTAL AUTHORITY
NO. 2:20-cv-00599-BHS

1

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 5th Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 474-7744

1 | DATED this 8th day of May, 2020.

2 | ROBERT W. FERGUSON
Attorney General

3

4 | *s/ Zachary Pekelis Jones*
ZACHARY PEKELIS JONES, WSBA No. 44557
   Assistant Attorney General
5 |   Complex Litigation Division
JEFFREY T. EVEN, WSBA No. 20367
6 | PAUL M. WEIDEMAN, WSBA No. 42254
   Deputy Solicitors General
7 | 800 Fifth Avenue, Suite 2000
Seattle, WA 98104
8 | (206) 474-7744
(360) 586-0728
9 | (360) 753-7085
zach.jones@atg.wa.gov
10 | jeffrey.even@atg.wa.gov
paul.weideman@atg.wa.gov
11

12 | *Attorneys for Defendant Jay Inslee,
Governor of Washington*

NOTICE OF SUPPLEMENTAL
AUTHORITY
NO. 2:20-cv-00599-BHS

2

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 5th Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 474-7744

# Exhibit 1

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

MAY 7 2020

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| WENDY GISH; et al.,<br><br>    Plaintiffs-Appellants,<br><br> v.<br><br>GAVIN NEWSOM, in his official capacity as the Governor of California; et al.,<br><br>    Defendants-Appellees. | No. 20-55445<br><br>D.C. No. 5:20-cv-00755-JGB-KK<br>Central District of California, Riverside<br><br>ORDER |

Before: SILVERMAN and NGUYEN, Circuit Judges.

Americans United for Separation of Church and State's motion for leave to file an amicus curiae brief in opposition to appellants' emergency motion is granted (Docket Entry No. 15). The Clerk shall file the amicus brief submitted by Americans United for Separation of Church and State on May 5, 2020 (Docket Entry No. 15-2).

Appellants' emergency motion for an injunction pending appeal is denied (Docket Entry No. 9). *Winter v. Natural Res. Def. Council, Inc.*, 555 U.S. 7, 20 (2008).

Appellants' alternative motion to expedite the briefing and hearing of this appeal is denied (Docket Entry No. 9).

The previously established briefing schedule remains in effect.

DA/MOATT